

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00212-CV

**IN RE** Yevgenia **SHOCKOME**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:  Karen Angelini, Justice
Marialyn Barnard, Justice
Luz Elena D. Chapa, Justice

Delivered and Filed:  April 17, 2013

PETITION FOR WRIT OF MANDAMUS DENIED

On April 2, 2013, Relator Yevgenia Shockome filed a petition for writ of mandamus, complaining of the trial court's October 21, 2011 order.  However, in order to be entitled to mandamus relief Relator must establish the trial court abused its discretion and she lacks an adequate remedy at law.  *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135 (Tex. 2004) (orig. proceeding); *Walker v. Packer*, 827 S.W.2d 833, 839–40 (Tex. 1992) (orig. proceeding).

Relator contends the October 21, 2011 order is void and unenforceable because it fails to comply with Texas Family Code section 154.127.  *See* TEX. FAM. CODE ANN. § 154.127 (West 2008).  First, both the petition and the record fail to reflect that Relator ever presented this argument to the trial court prior to seeking mandamus relief from this court.  *See Terrazas v.*

---

[1] This proceeding arises out of Cause No. 09-02-00030-CVK, styled *In the Interest of A.S. and V.S., Children*, pending in the 218th Judicial District Court, Atascosa County, Texas, the Honorable Fred Shannon presiding.

*Ramirez*, 829 S.W.2d 712, 723 (Tex. 1991) (orig. proceeding) (holding that as a general rule mandamus is not available to compel an action which has not first been demanded and refused). Additionally, Relator fails to address whether she lacks an adequate remedy by appeal.[2] *See In re Prudential*, 148 S.W.3d at 135. Accordingly, we DENY the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[2] Relator indicates she has a pending appeal in Cause Number 04-11-00887-CV from the same order complained of in this proceeding.